

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

ATTORNEY GENERAL

Hon. H. Pat Edwards
Civil District Attorney
Hall of Records
Dallas, Texas

Dear Mr. Edwards:

Opinion No. O-5298
Re:  Authority of the County of
Dallas to pay traveling expenses
of County Judge and County Com-
missioners in attending conference
of National Association of County
Officials at Omaha, Nebraska.

You request an opinion by this department as follows:

"We respectfully request your opinion as to the legality of County of Dallas paying traveling expenses of County Judge and County Commissioners in attending the Conference of National Association of County Officials at Omaha, Nebraska, for purposes set forth in the letter dated May 10th to you by County Judge Al Templeton."

In Judge Templeton's letter it is said:

"It is the purpose of this conference to have various War Agencies present to County Officials, first hand, authoritative information on our major war problems, including point rationing, priorities, War-time planning, and many other matters of importance to County Officials."

It is the opinion of this department that your question should be answered to the effect the County of Dallas has no authority to pay the traveling expenses mentioned.

However valuable the information to be obtained by attending this convention might be to the County Judge and County Commissioners, and however patriotic the action of the County Judge and the Commissioners may be in performing such service, such service is not in the transaction of county business; but if it were county business, there is no law authorizing the payment of such expenses to County Commissioners.

We have several times rendered opinions upon similar requests, which we think are controlling, notably, Opinions Nos. O-810, O-2475 and O-4827, copies of which we hand you herewith.

It is unnecessary again to state the reasons and city the authorities contained in these opinions.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Ocie Speer
Ocie Speer, Assistant

APPROVED MAY 18, 1943
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED: OPINION COMMITTEE
BY:        BWB, CHAIRMAN

OS:MR:wb

Enclosures